UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BONIFASIO DELGADO, | ) |
| Petitioner, | ) Case No. EDCV 16-709 DSF (AJW) |
| v. | ) |
| CYNTHIA Y. TAMPKINS, WARDEN, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: _12/5/16

_____
Dale S. Fischer
United States District Judge