JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BONIFASIO DELGADO, ) | Case No. EDCV 16-709-DSF(AJW) |
| ) | |
|     Petitioner, ) | |
| ) | |
|   v. ) | JUDGMENT |
| ) | |
| CYNTHIA Y. TAMPKINS, Warden, ) | |
| ) | |
|     Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

      12/5/16
Dated: _____

*Dale S. Fischer* (signature)

_____
Dale S. Fischer
United States District Judge